**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-CV-980-REB-KLM

SHAWN CLEVELAND,

    Plaintiff,

      v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

___

**NOTICE OF SETTLEMENT**
___

NOW COMES the Plaintiff, SHAWN CLEVELAND, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  June 30, 2011		KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager		 _
    Nicholas J. Bontrager, Esq.
    Krohn & Moss, Ltd.
    10474Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Ph: (323) 988-2400; Fx: (866) 802-0021
    nbontrager@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Adrienne Rowberry
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA  23502
arowberry@portfoliorecovery.com


By:   /s/ Nicholas J. Bontrager
       Nicholas J. Bontrager, Esq.