**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-CV-00980-REB-KLM

SHAWN CLEVELAND,

    Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

**Fed. R. Civ. P. 41(a)(1)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, SHAWN CLEVELAND and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SHAWN CLEVELAND, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

1
2
3
4
5   Dated: August 2, 2011          KROHN & MOSS, LTD.
6                                  /s/ Nicholas J. Bontrager
7                                  Nicholas J. Bontrager, Esq.
                                   Attorney for Plaintiff,
8                                  MONICA WARD

9   Dated: June 6, 2011            PORTFOLIO RECOVERY ASSOCIATES, LLC
10                                 /s/ Adrienne C. Rowberry
11                                 Adrienne C. Rowberry
                                   Attorney for Defendant,
12                                 PORTFOLIO RECOVERY ASSOCIATES, LLC

13
14  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
15
    Dated:
16                                 _____
                                   The Honorable Judge
17                                 United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28                                        2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

>Adrienne Rowberry
>140 Corporate Boulevard
>Office of General Counsel
>Norfolk, VA  23502
>arowberry@portfoliorecovery.com

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.